IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| PAULA SMITH, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FORSYTH COUNTY SCHOOL )<br>DISTRICT, )<br>)<br>    Defendant. )<br>) | CIVIL ACTION FILE<br><br>NO.  2:17-CV-00179-RWS |

**JOINT MOTION TO APPROVE SETTLEMENT AND
FOR ENTRY OF STIPULATED JUDGMENT**

The Parties in the above-referenced litigation notify the Court that they have resolved this action and all claims raised herein and jointly move the Court for entry of an Order approving the Parties' settlement of the claims raised in this action under the Fair Labor Standards Act, 29 U.S.C. § 207 *et seq*. ("FLSA"), as fair and reasonable.  This motion is based upon the fully executed Release Agreement attached hereto and supported by the Memorandum of Law also submitted with this motion.

Respectfully submitted, this 16th day of February, 2018.

1

| | |
|---|---|
| *s/ Dean R. Fuchs* | *s/ Brian C. Smith* |
| Dean R. Fuchs | Brian C. Smith |
| Georgia Bar No. 279170 | Georgia Bar No. 001306 |
| Schulten Ward Turner & Weiss, LLP | *s/ Phillip L. Hartley* |
| 260 Peachtree Street, N.W. | Phillip L. Hartley |
| Suite 2700 | Georgia Bar No. 333987 |
| Atlanta, Georgia 30303 | Harben, Hartley & Hawkins, LLP |
| Ph: (404) 688-6800 | 340 Jesse Jewell Parkway, Suite 750 |
| Fax: (404) 688-6840 | Gainesville, Georgia 30501 |
| Email: d.fuchs@swtwlaw.com | Ph: (770) 534-7341 |
| ATTORNEY FOR PLAINTIFF | Fax: (770) 532-0399 |
| | Email: phartley@hhhlawyers.com |
| | Email: bsmith@hhhlawyers.com |
| | ATTORNEYS FOR DEFENDANT |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| PAULA SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO.  2:17-CV-00179-RWS |
| FORSYTH COUNTY SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2018, I electronically filed the *Joint Motion to Approve Settlement and for Entry of Stipulated Judgment* with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

Dean R. Fuchs – d.fuchs@swtwlaw.com

          HARBEN, HARTLEY & HAWKINS, LLP

          */s/Brian C. Smith*
          Brian C. Smith
          Georgia Bar No. 001306
          ATTORNEY FOR DEFENDANT
          FORSYTH COUNTY SCHOOL DISTRICT

340 Jesse Jewell Parkway, Suite 750
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
Email: bsmith@hhhlawyers.com